**25SL-CC05962**

Electronically Filed - St Louis County - June 02, 2025 - 12:51 PM

THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| KIMBERLY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| ROSS DRESS FOR LESS, INC. | ) | Division No: _____ |
| | ) | |
| Serve: CT CORPORATION SYSTEM | ) | |
| 5661 Telegraph Rd. Ste 4B | ) | |
| St. Louis, MO 63129 | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## PETITION

COMES NOW Plaintiff, Kimberly Mitchell, by and through her attorneys, Wilkins Schneller Law LLC, and for her cause of action against defendants Ross Dress for Less, Inc., states as follows:

1. At all times herein, Plaintiff was a resident of St. Louis County, State of Missouri.

2. At all times herein, Defendant Ross Dress for Less, Inc., is a Virginia Corporation doing business as Ross Dress for Less in St. Louis County, Missouri.

3. Ross Dress for Less is a clothing store with hundreds of locations across the country, including 11310 W. Florissant Ave., Florissant, Missouri 63033.

4. The incident alleged in this petition occurred at the Ross Dress for Less at 11310 W. Florissant Ave., Florissant, Missouri.

5. On or about July 7, 2023, Plaintiff Kimberly Mitchell, went to Ross Dress for Less to shop during normal hours of operation.

6. This Court has jurisdiction over this matter pursuant to RSMo. §478.070.

**Exhibit A**

Electronically Filed - St Louis County - June 02, 2025 - 12:51 PM

7.     Venue is proper pursuant to RSMo. §508.010.4 as the incident alleged in this complaint occurred in St. Louis County, Missouri.

8.     As Plaintiff was walking through the door, suddenly and without warning, a metal security gate fell from above her and struck Plaintiff in the head and face, knocking her to the ground.

9.     Defendant, knew, or should have known, of the security gate, which presented a dangerous condition to patrons of the store, but failed to take appropriate action.

10.    As a direct and proximate result of the aforesaid incident, Plaintiff sustained injuries, more fully set forth below.

**COUNT I**
**Kimberly Mitchell v. Ross Dress for Less**
**(Premises Liability)**

11.    Plaintiff restates and re-alleges all preceding paragraphs of this Petition as though fully set forth herein

12.    On July 7, 2023, Defendant Ross Dress for Less, through its agents, employees, servants, and/or representatives owed a duty of care to invitees on their premises, including Plaintiff.

13.    On or about said date, Plaintiff was lawfully on Defendant's premises as an invite and a patron of the Ross Dress for Less.

14.    Defendant Ross Dress for Less owned, maintained, and/or controlled the area where Plaintiff was injured.

**Exhibit A**

Electronically Filed - St Louis County - June 02, 2025 - 12:51 PM

15.     The gate that struck the plaintiff, and the equipment, utilities and space contained therein served to benefit Ross Dress for Less.

16.     The gate and the area surrounding it were not reasonably safe for customers, specifically Plaintiff, and Defendant Ross Dress for Less knew or in the exercise of ordinary care, should have known that said condition existed but failed to make the premises reasonably safe.

17.     That as a direct and proximate result of the negligence and carelessness of Defendant Ross Dress for Less, Plaintiff suffered severe, permanent, and painful injuries to her neck, head, and spine, causing all of the various and diverse bones, joints, discs, ligaments, tissues, vessels, and muscles to become bruised, contused, ruptured, torn, dislocated, sprained or strained. Plaintiff's ability to engage in recreational and daily activities and to enjoy the ordinary pursuits of life has been permanently impaired, lessened, and restricted.  Plaintiff has been forced to incur various medical expenses and undergo reasonable and necessary medical treatment for his injuries and will, in the future, be forced to incur additional hospital, medical, and related expenses. Plaintiff has lost wages and income and will lose additional wages and income in the future, has suffered mental anguish, disability, and disfigurement, and has been permanently prevented from attending to her usual affairs and duties.

WHEREFORE, Plaintiff prays that his Court enter judgment against Defendant Ross Dress for Less in an amount greater than $25,000 and for such other relief as this Court deems just and proper.

Respectfully Submitted,

WILKINS SCHNELLER LAW, L.L.C.

**Exhibit A**

Electronically Filed - St Louis County - June 02, 2025 - 12:51 PM

By: /s/ James L. Gehrs_____
     James L. Gehrs, #66702
     Kevin D. Wilkins, #63318
     1926 Chouteau Ave.
     St. Louis, Missouri 63103
     Tel: (314) 588-8000
     Fax:  (844) 272-6236
     wilkins@midwesttriallawyers.com
     gehrs@midwesttriallawyers.com

**Exhibit A**

**25SL-CC05962**

Electronically Filed - St Louis County - June 02, 2025 - 12:51 PM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

⌐                                                    ¬

For File Stamp Only

KIMBERLY MITCHELL
Plaintiff/Petitioner

_____
Date

vs.

_____
Case Number

ROSS DRESS FOR LESS, INC.
Defendant/Respondent

_____
Division

L                                                    ⌐

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  KIMBERLY MITCHELL _____, pursuant
                                   Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Clayton Willis                1031 LAMI ST., ST. LOUIS, MO 63104               314-621-9300
Name of Process Server                     Address                                      Telephone
 LARRY MCDOWELL                1031 LAMI ST., ST. LOUIS, MO 63104               314-621-9300
Name of Process Server            Address or in the Alternative                         Telephone

_____
Name of Process Server            Address or in the Alternative                         Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                          SERVE:
 CT CORPORATION SYSTEM                           _____
Name                                            Name
 5661 Telegraph Rd. Ste 4B                       _____
Address                                         Address
 ST. LOUIS/MO/63129                              _____
City/State/Zip                                  City/State/Zip

SERVE:                                          SERVE:
 _____                _____
Name                                            Name
 _____                _____
Address                                         Address
 _____                _____
City/State/Zip                                  City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk              James L. Gehrs
                                                Signature of Attorney/Plaintiff/Petitioner
                                                 66702
                                                Bar No.
By _____              1926 Chouteau Ave
   Deputy Clerk                                 Address
                                                 (314) 588-8000
                                                Phone No.                        Fax No.
_____
Date

CCADM62-WS    Rev. 07/19

**Exhibit A**

Electronically Filed - St Louis County - June 02, 2025 - 12:51 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS     Rev. 07/19

**Exhibit A**

JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY CIRCUIT COURT
105 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI  63105

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

CASE NUMBER: 25SL-CC05962        COURT DATE:
PLAINTIFF: KIMBERLY MITCHELL     COURT TIME:
DEFENDANT: ,                      DIVISION:
DATE OF DISMISSAL NOTICE: 05-JUN-2025

### DISMISSAL NOTICE

Your petition/pleading(s) have been accepted but no summons or notice can be issued based on the pleadings filed by the party initiating the above referenced case.  Corrective pleadings are necessary.  The Court cannot proceed further at this time.  Please file corrective pleadings as follows:

NO SUMMONS ISSUED DUE TO THE SPECIAL PROCESS SERVER FORM MISSING THE ATTORNEY'S ELECTRONIC OR PHYSICAL SIGNATURE. E-FILE A CORRECTED SPECIAL PROCESS SERVER FORM INCLUDING THE ATTORNEY'S PHYSICAL OR ELECTRONIC SIGNATURE SO THE SUMMONS CAN BE ISSUED. ONCE THE CORRECTED FORM IS E-FILED, CONTACT THE CLERK AT 314-615-8470.

EXAMPLE OF ELECTRONIC SIGNATURE = /S/ ATTORNEY'S NAME

The party initiating this case must file pleadings that correct these insufficiencies within seven (7) business days of the date this *Dismissal Notice* is issued or this case will be dismissed for failure to prosecute with costs assessed to initiating party in accordance with Rule 77.01.  No extensions will be permitted unless otherwise ordered by the Court.

**Please return this memo with the corrected or new pleading.**

For additional information regarding this matter you may contact: ADAM at: (314) 615-8470.

JOAN GILMER, CIRCUIT CLERK



**Exhibit A**

Electronically Filed - ST LOUIS COUNTY - June 06, 2025 - 11:54 AM

**In the**
# CIRCUIT COURT
## Of St. Louis County, Missouri

KIMBERLY MITCHELL
Plaintiff/Petitioner

vs.

ROSS DRESS FOR LESS, INC.
Defendant/Respondent

_____
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  KIMBERLY MITCHELL _____, pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
Clayton Willis                1031 LAMI ST., ST. LOUIS, MO 63104                314-621-9300
Name of Process Server                        Address                                        Telephone

LARRY MCDOWELL                1031 LAMI ST., ST. LOUIS, MO 63104                314-621-9300
Name of Process Server                Address or in the Alternative                        Telephone

_____
Name of Process Server                Address or in the Alternative                        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
CT CORPORATION SYSTEM
Name
5661 Telegraph Rd. Ste 4B
Address
ST. LOUIS/MO/63129
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk


By _____
Deputy Clerk

_____
Date

/s/James L. Gehrs
Signature of Attorney/Plaintiff/Petitioner
66702
Bar No.
1926 Chouteau Ave
Address
(314) 588-8000
Phone No.                                        Fax No.

CCADM62-WS    Rev. 07/19

# Exhibit A

Electronically Filed - ST LOUIS COUNTY - June 06, 2025 - 11:54 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/19                                    **Exhibit A**